**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

JAMES EDWARD DAWKINS,
          *Plaintiff-Appellant,*

v.

L. DAVID HUFFMAN, Sheriff of
Catawba County; TONY A. KELLER,
Lieutenant of Catawba County;
MARK TRIPLETT, Officer of Catawba
County,

          *Defendants-Appellees,*

          and

CATAWBA COUNTY,

          *Defendant.*

No. 01-7174

Appeal from the United States District Court
for the Western District of North Carolina, at Statesville.
Graham C. Mullen, Chief District Judge.
(CA-97-171-5-4-MU)

Submitted: November 30, 2001

Decided: December 18, 2001

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed in part, vacated in part, and remanded by unpublished per curiam opinion.

## COUNSEL

James Edward Dawkins, Appellant Pro Se. James Redfern Morgan, Jr., WOMBLE, CARLYLE, SANDRIDGE & RICE, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

James Edward Dawkins appeals the district court's order entering judgment on the jury's verdict finding a violation of Dawkins' Fourth Amendment rights but nonetheless declining to award damages in this 42 U.S.C.A. § 1983 (West Supp. 2001) action. Among other claims of error, Dawkins contends on appeal that the district court erred in failing to award nominal damages. The Supreme Court's decision in *Carey v. Piphus*, 435 U.S. 247, 267 (1978), "obligates a court to award nominal damages when a plaintiff establishes the violation of [a constitutional right] but cannot prove actual injury." *Farrar v. Hobby*, 506 U.S. 103, 112 (1992). Accordingly, we will vacate that portion of the district court's judgment that denies any monetary relief and remand for entry of an award of nominal damages not to exceed $1.00. *See Norwood v. Bain*, 166 F.3d 243, 245 (4th Cir. 1999) (en banc). In all other respects, we affirm the district court's entry of judgment. *See Dawkins v. Huffman*, No. CA-97-171-5-4-MU (W.D.N.C. June 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART, VACATED IN PART, AND REMANDED*